1  **ANDREW LAH**
   California State Bar No. 234580
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4  Facsimile:   (619) 687-2666
   andrew_lah@fd.org

6  Attorneys for Defendant Mr. Sandoval-Lopez

8                   UNITED STATES DISTRICT COURT

9               FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08mj2042 |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| **OSCAR EFREN SANDOVAL-LOPEZ,** | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Andrew Lah, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case .

                                        Respectfully submitted,

Dated: July 10, 2008              *s/ ANDREW LAH*
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Defendant
                                        andrew_lah@fd.org

**ANDREW LAH**
California State Bar No. 234580
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467 Ext. 3737
Facsimile:    (619) 687-2666
andrew_lah@fd.org

Attorneys for Mr. Sandoval-Lopez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08mj2042 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PROOF OF SERVICE** |
| | ) | |
| **OSCAR EFREN SANDOVAL-LOPEZ,** | ) | |
| | ) | |
| Defendant. | ) | |

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    **Assistant United States Attorney**
    efile.dkt.gc1@usdoj.gov

Dated: July 10, 2008                                    *s/ ANDREW LAH*
                                                                            **ANDREW LAH**
                                                                            Federal Defenders of San Diego, Inc.,
                                                                            andrew_lah@fd.org