FILED
AUG - 5 2008
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR 2494-IEG |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| OSCAR EFREN SANDOVAL-LOPEZ, | |
| Defendant. | |

The United States Attorney charges:

On or about July 2, 2008, within the Southern District of California, defendant OSCAR EFREN SANDOVAL-LOPEZ, did knowingly and intentionally import 100 kilograms or more, to wit: approximately 332.40 kilograms (731.28 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 8/5/08.

KAREN P. HEWITT
United States Attorney

MICHELLE M. PETTIT
Assistant U.S. Attorney

MIP:psd:San Diego
7/10/08